

DAVID E. RICE
U.S. BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND
### at BALTIMORE

| | |
|---|---|
| In Re: | |
| Michael Allan McNeil, | Case No.     12-18903-DER |
| | Chapter     13 |
| Debtor | |
| Michael Allan McNeil, | |
| Plaintiff | |
| vs. | Adversary No.     12-00783 |
| Stephen A. Drazin, | |
| Defendant | |

## ORDER AVOIDING JUDICIAL LIEN OF DEFENDANT AND
## SETTING DEADLINE TO FILE MOTION TO DISMISS

The above matter having come on for a status conference before this court on January 9,

2013, and the defendant having consented to the avoidance of its judicial lien as requested in

Count I of the Amended Complaint, and the defendant stating that it will be moving to dismiss

Counts II and III, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that to the extent a judicial lien was created in favor of the defendant due to the entry of judgment in favor of the defendant on April 24, 2012 in the Circuit Court for Howard County, Maryland, such lien is hereby AVOIDED as a preferential transfer pursuant to 11 U.S.C. § 547; and it is further,

ORDERED, that the defendant shall move to dismiss Counts II and III of the Amended Complaint within seven (7) days from the date of entry of this order.

Cc:    All Parties in Interest

**END OF ORDER**